**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHANNAVY CHHAY<br><br>Plaintiff,<br><br>v.<br><br>CITY YEAR, INC. and<br>MICHAEL GOLDSTEIN<br><br>Defendants. | : | C.A. No. 07-397 ML |

**ENTRY OF APPEARANCE**

I, Richard R. Beretta, Jr. hereby enter my appearance on behalf the Defendants City Year, Inc. and Michael Goldstein in the above-captioned case.

CITY YEAR, INC. and
MICHAEL GOLDSTEIN

By their attorneys,

*/s/ Richard R. Beretta, Jr.*

Richard R. Beretta, Jr. (#4313)
Jaime J. LaPorte (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607
rberetta@apslaw.com
jlaporte@apslaw.com
Dated: January 10, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2008, a copy of the foregoing Entry of Appearance on behalf of City Year, Inc. and Michael Goldstein was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Richard R. Beretta, Jr.*

*437559_1.doc*