**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHANNAVY CHHAY<br><br>Plaintiff,<br><br>v.<br><br>CITY YEAR, INC. and<br>MICHAEL GOLDSTEIN<br><br>Defendants. | : | C.A. No. 07-397 ML |

**STIPULATION**

The undersigned parties hereby stipulate and agree that Defendants, City Year, Inc. and Michael Goldstein, have up to and including January 30, 2008 to answer or otherwise respond to Plaintiff's Complaint.

Defendants,
CITY YEAR, INC. and
MICHAEL GOLDSTEIN
By their attorneys,

*/s/ Jaime J. LaPorte*

Richard R. Beretta (#4313)
Jaime J. LaPorte (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607
rberetta@apslaw.com
jlaporte@apslaw.com
Dated: January 10, 2008

Plaintiff,
CHANNAVY CHHAY
By her attorney,

*/s/ Stephen T. Fanning*

STEPHEN T. FANNING (#3900)
305 South Main Street
Providence, RI 02903
Tel: (401) 272-5802
Fax: (401) 272-4520
stephenfanning@msn.com
Dated: January 10, 2008

*437646_1.doc*