UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Channavy Chhay,
Plaintiff

C.A. No. 07-397 ML

v.

City Year, Inc. and Michael Goldstein
Defendants

**PLAINTIFF'S WITHDRAWAL OF COUNT I OF HER COMPLAINT, ALLEGING A VIOLATION OF THE RHODE ISLAND CIVIL RIGHTS ACT ("RICRA"), R.I. GEN. LAWS § 42-112-1 ET SEQ. WITH DEFENDANTS' ASSENT**

Now comes the Plaintiff, Channavy Chhay ("Plaintiff") and, **with the assent of the Defendants**, hereby withdraws Count I of her Complaint, alleging a violation of the Rhode Island Civil Rights Act ("RICRA") of 1990, R.I. Gen. Laws § 42-112-1 *et seq*.

On October 24, 2007, Plaintiff filed her Complaint against City Year, Inc. and Michael Goldstein (hereafter "Defendants" or "Employers"), in order to remedy and seek relief for the Defendants' alleged unlawful and discriminatory employment practices. The Complaint, in Count I, erroneously contained a claim under the Rhode Island Civil Rights Act.

On January 30, 2008, Defendants filed a Partial Motion to Dismiss, arguing that Plaintiff's Count I was barred by the statute of limitations. **Plaintiff, with the Court's permission, and with the assent of the Defendants, hereby withdraws Count I of her Complaint, rendering the Defendants' Motion to Dismiss moot.** Plaintiff preserves all other claims cited in her Complaint.

Respectfully Submitted,
Channavy Chhay
By Her Attorney,

/s/ Stephen T. Fanning

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250/401-272-4520 (FAX)

Certification

I hereby certify that on February 19, 2008, a true and correct copy of the above Withdrawal was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing was send by electronic transmission to counsel for the Defendants, Richard R. Beretta, Esq. & Jaime J. LaPorte, Esq. of Adler Pollock & Sheehan, P.C., through the Court's electronic filing system.

/s/ Stephen T. Fanning