**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHANNAVY CHHAY | : | |
| Plaintiff, | : | C.A. No. 07-397 ML |
| v. | : | |
| CITY YEAR, INC. and MICHAEL GOLDSTEIN | : | |
| Defendants. | : | |

**WITHDRAWAL OF APPEARANCE**

I, Jaime J. LaPorte, hereby withdraw my appearance on behalf of Defendants, City Year, Inc. and Michael Goldstein in the above-captioned matter. Attorney Richard R. Beretta of the law firm of Adler Pollock & Sheehan P.C. remains counsel of record for Defendant.

/s/ Jaime J. LaPorte
Jaime J. LaPorte (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607
jlaporte@apslaw.com
Dated: April 18, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2008, a copy of the within was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Jaime J. LaPorte

*451577_1.doc*