**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHANNAVY CHHAY<br><br>Plaintiff<br><br>v.<br><br>CITY YEAR, INC. and<br>MICHAEL GOLDSTEIN<br><br>Defendants | : | C.A. No. 07-397 ML |

**DISMISSAL STIPULATION**

In accordance with Fed.R.Civ.P. 41(a)(1)(ii), the parties, by and through their respective attorneys, hereby stipulate and agree that all claims in the above-captioned action are dismissed, with prejudice, no interest, costs or attorneys' fees to any party.

Dated: September 17, 2008

Plaintiff, CHANNAVY CHHAY
By her attorney,

/s/ Stephen T. Fanning
STEPHEN T. FANNING (#3900)
305 South Main Street
Providence, RI 02903
Tel: 401-272-8250
Fax: 401-272-4520
stephenfanning@msn.com

Defendants, CITY YEAR, INC. and
MICHAEL GOLDSTEIN
By their attorneys,

/s/ Michael D. Chittick
RICHARD R. BERETTA, JR. (#4313)
MICHAEL D. CHITTICK (#5967)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-751-0604
rberetta@apslaw.com
mchittick@apslaw.com

*468234_1.doc*